NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1450, -1451,-1452, -1466, -1467, -1468, -1469,
2010-1017, -1036

IN RE KATZ INTERACTIVE CALL PROCESSING PATENT LITIGATION

-------------------------------------------------------------------------------------------

RONALD A. KATZ TECHNOLOGY LICENSING LP,

Plaintiff-Appellant,

v.

AMERICAN AIRLINES, INC.,

Defendant-Cross Appellant,

and

FEDEX CORPORATE SERVICES, INC., FEDEX CORPORATION,
FEDEX CUSTOMER INFORMATION SERVICES, INC.,
and FEDERAL EXPRESS CORPORATION,

Defendants-Cross Appellants,

and

DHL EXPRESS (USA), INC., DHL HOLDINGS (USA), INC.,
and SKY COURIER, INC.,

Defendants-Appellees,

and

U.S. BANCORP and U.S. BANK NATIONAL ASSOCIATION,

Defendants-Appellees,

and

TIME WARNER CABLE, INC., TIME WARNER ENTERTAINMENT COMPANY, L.P.,
TIME WARNER NY CABLE LLC, AOL, LLC, COMPUSERVE INTERACTIVE
SERVICES, INC., NETSCAPE COMMUNICATIONS CORP.,

CHARTER COMMUNICATIONS ENTERTAINMENT I LLC,
CHARTER COMMUNICATIONS HOLDING COMPANY LLC,
CHARTER COMMUNICATIONS OPERATING LLC,
and CHARTER COMMUNICATIONS, INC.,

Defendants-Appellees,

and

CSC HOLDINGS, INC., CABLEVISIONS SYSTEMS CORPORATION,
CABLEVISION SYSTEMS NEW YORK CITY CORPORATION,
CABLEVISIONS OF BROOKHAVEN, INC., CABLEVISIONS OF CONNECTICUT
CORPORATION, CABLEVISIONS OF HUDSON COUNTY, INC.,
CABLEVISION OF LITCHFIELD, INC., CABLEVISION OF MONMOUTH, INC.,
CABLEVISION OF NEW JERSEY, INC., CABLEVISION OF OAKLAND LLC,
and CABLEVISION OF ROCKLAND/RAMAPO LLC,

Defendants-Cross Appellants,

and

TDS METROCOM LLC, TDS TELECOMMUNICATIONS CORPORATION,
and UNITED STATES CELLULAR CORPORATION,

Defendants-Appellees.

Appeals from the United States District Court for the Central District of California in case nos. 2:07-ML-1816, 07-CV-2192, 07-CV-2196, 07-CV-2360, and 07-CV-2134 Judge R. Gary Klausner.

ON MOTION

Before LOURIE, Circuit Judge.

ORDER

The appellant moves for leave to exceed the permitted word limitation for its opening brief by filing a brief of up to 50,000 words. The appellant also moves to require the appellees to "jointly brief the common claim construction and validity issues." American Airlines, Inc. et al. oppose. The appellant replies. The appellant also moves for an extension of time to file its opening brief.

2009-1450 et al.                -2-

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion to exceed the permitted word limitation is granted in part. The motion to require joint briefing is denied.

(2)    The motion for an extension of time is granted. The appellant's opening brief, not to exceed 20,000 words, is due within 21 days of the date of filing of this order. Pursuant to Fed. Cir. R. 28(c), the extra word count allowed to the appellant is not to be applied to the appellees' or cross-appellants' briefs.

FOR THE COURT

DEC 02 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Stephen C. Neal, Esq.
Blas P. Arroyo, Esq.
Christopher S. Ruhland, Esq.
Jonathan R. Spivey, Esq.
Mike McKool, Jr., Esq.
Kara F. Stoll, Esq.
Josh A. Krevitt, Esq.
Frederick L. Cottrell, III, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 02 2009

JAN HORBALY
CLERK

s8